**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1549**

DAVID THOMAS SILVERS, SR.,

            Plaintiff - Appellant,

      v.

IREDELL COUNTY DEPARTMENT OF SOCIAL SERVICES; DONALD C. WALL,
D.S.S. Dir., in individual and official capacities; PAXTON
BUTLER, Asst. D.A., in individual and official capacities;
CITY OF STATESVILLE,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Richard L. Voorhees,
District Judge. (5:15-cv-00083-RLV-DCK)

Submitted: October 13, 2016          Decided: October 17, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Thomas Silvers, Sr., Appellant Pro Se. Patrick Houghton
Flanagan, CRANFILL, SUMNER & HARTZOG, LLP, Charlotte, North
Carolina; James R. Morgan, Jr., WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Thomas Silvers, Sr., appeals the district court's orders denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Silvers v. Iredell Cty. DSS, No. 5:15-cv-00083-RLV-DCK (W.D.N.C. Feb. 3, 2016 & Apr. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED